

**COM.**

v.

**RIVERA, R.**

**952 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–CR–0006783–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.I.B., a Minor**

**2234 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–AP–0000447–2016, CP–51–DP–0001145–2013, FID: 51–FN–001146–2013 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.S.M. a Minor**

**2237 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–AP–0000448–2016, CP–51–DP–0001143–2013, FID: 51–FN–001146–2013 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.A.B., a Minor**

**2239 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–AP–0000449–2016, CP–51–DP–0001144–2013, FID: 51–FN–001146–2013 (Philadelphia)

Affirmed

**IN the INTEREST OF: D.W., a Minor**

**2757 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–DP–0001269–2012 (Philadelphia)

Affirmed

**COM.**

v.

**GALES, A.**

**3102 EDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–51–CR–0005615–2007 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

